AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Lenson Clyburn, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Dr. Paul C. Drago, MD, In his personal capacity, | ) |
| *Defendants* | ) |

Civil Action No.    1:13-cv-02171-JFA

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■  other: the plaintiff, Lenson Clyburn, shall take nothing of the defendant, Dr. Paul C. Drago, as to the complaint filed

pursuant to 42 U.S.C. §1983 and this action is dismissed with prejudice for lack of prosecution.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F Anderson, Jr, United States District Judge, presiding, accepting the Report and
Recommendations set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge which dismissed the
action for lack of prosecution.

Date:   May 1, 2014

*ROBIN L. BLUME, CLERK OF COURT*

s/A. Buckingham

_____
*Signature of Clerk or Deputy Clerk*